**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**NATHANIEL R. BRAZILL,**

      **Plaintiff,**

**v.**                                     **Case No.  5:25-cv-109-TKW-MJF**

**JOSEPH M. FLOYD, et al.,**

      **Defendants.**

_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12) and Plaintiff's objection (Doc. 13).  The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to comply with court orders and the governing rules of procedure.

The Court did not overlook Plaintiff's argument that the orders with which he failed to comply (i.e., requiring him not to join unrelated claims) were erroneous because there is a "logical relationship" between all of his claims.  However, on that issue, the Court agrees with the magistrate judge's conclusion that the claims asserted in the second amended complaint were improperly joined because they

involve discrete acts of alleged retaliation that were committed on different dates (October 8 and October 28) by different defendants (Brown and Floyd/Benton) for different reasons (an October 2 grievance about denial of access to the law library on a particular day and an October 18 letter complaining about not be assigned to a law clerk position).

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED without prejudice** for failure to comply with court orders and the governing rules of procedure.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 28th day of July, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**